THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE N. MORRIS,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. C17-0268-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to stay (Dkt. No. 5). The parties agree that three pending Ninth Circuit cases[1] are likely to be dispositive of Petitioner's claims and that a stay is necessary. The Court agrees and GRANTS the motion. The parties are ORDERED to submit a proposed briefing schedule within 30 days after the entry of judgment in the latest of those three cases.

//

//

//

//

---

[1] *U.S. v. Kenney*, No. 16-10117; *United States v. Watson*, No. 16-15357; and *United States v. Jordan*, No. 15-10156.

MINUTE ORDER C17-0268-JCC
PAGE - 1

1 | DATED this 22nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0268-JCC
PAGE - 2