# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WAYNE N. MORRIS, | CASE NO. C17-0268-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 22, 2017, the Court granted the Government's unopposed motion to stay the case (Dkt. No. 7) based on three appeals pending with the Ninth Circuit that the parties agreed would be dispositive of the Petitioner's claims. (Dkt. No. 7 at 1.) As those appeals are still pending, the Court DIRECTS the Clerk to statistically close this case pending decisions in those cases. The parties are ORDERED to submit a proposed briefing schedule within 30 days after the entry of judgment in the latest of those three cases.

DATED this 26th day of September 2017.

//

//

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C17-0268-JCC
PAGE - 2