THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE NEVILLE MORRIS, | CASE NO. C17-0268-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner Wayne Neville Morris' motion (Dkt. No. 9) filed on March 9, 2018. The Court previously stayed all proceedings in this 28 U.S.C. section 2255 action until the Ninth Circuit Court of Appeals had rendered opinions in three relevant cases. (*See* Dkt. Nos. 7, 8.) The Court ordered the parties to file a proposed briefing schedule within 30 days of the Court of Appeals issuing its judgment in the last of the three cases. (Dkt. No. 8.)

Based on Petitioner's motion, it appears the Court of Appeals has rendered opinions in each of the three cases. (*See* Dkt. No. 9.) Nevertheless, this Court will not consider any motions or briefings prior to the parties' filing a proposed briefing schedule. (*See* Dkt. No. 8.) This does not mean the Court will not consider the motion; rather, the matter will remain stayed until the

parties file a proposed briefing schedule. The Clerk is DIRECTED to STRIKE Petitioner's motion (Dkt. No. 9) as pre-mature. The Clerk is further DIRECTED to mail a copy of this order to Petitioner.

DATED this 19th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
