THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WAYNE NEVILLE MORRIS, | CASE NO. C17-0268-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding a proposed briefing schedule (Dkt. No. 15). The Court previously stayed all proceedings in this 28 U.S.C. section 2255 action until the Ninth Circuit Court of Appeals had rendered opinions in three relevant cases. (*See* Dkt. Nos. 7, 8, 14.) The Court ordered the parties to file a proposed briefing schedule within 30 days of the Court of Appeals issuing its judgment in the last of the three cases. (Dkt. No. 14.)

In the present motion, the parties state that the last appeal has been finalized and now propose a briefing schedule to address Petitioner's section 2255 petition. (Dkt. No. 15.) The Court DIRECTS the Clerk to lift the stay in this matter and reopen the case. As for the proposed briefing schedule, the Court GRANTS the parties' motion (Dkt. No. 15). The Court ENTERS the

following briefing schedule:

1. On or before June 8, 2018, Respondent shall file its response to the issues raised by Petitioner's motion pursuant to 28 U.S.C. § 2255; and

2. On or before July 8, 2018, Counsel for Petitioner shall file any reply to Respondent's response.

The Clerk shall note Petitioner's motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) for July 8, 2018.

DATED this 19th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-0268-JCC
PAGE - 2